The People of the State of New York, Respondent, *v.* Gunnar Jansson and Sven Hallberg, Appellants.

Argued October 5, 1950; decided November 30, 1950.

*Samuel Segal* for Gunnar Jansson, appellant.

*Arthur G. Carney* and *Charles V. Scanlon* for Sven Hallberg, appellant.

*George B. De Luca, District Attorney (George Tilzer, Herman J. Fliederblum* and *Francis X. O'Brien* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.